840 A.2d 992

**Michael McCOLE, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 3, 2003.

## *ORDER*

PER CURIAM.

**AND NOW**, this 3rd day of December, 2003, probable jurisdiction is noted and the order appealed is affirmed.